B6A (Official Form 6A) (12/07)

In re  **Theadore W Myers,**                                              Case No.    **09-26100**
       **Cathy J Myers**
                                                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary residence at 16857 Oak Park Ave., Tinley Park IL.** | | J | 175,000.00 | 128,154.00 |

|  | Sub-Total > | 175,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 175,000.00 |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Theadore W Myers,**                                    Case No.    **09-26100**
**Cathy J Myers**

                                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Joint checking account** | J | **1,000.00** |
| | | **Joint savings account** | J | **300.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | **750.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | **1,000.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance** | J | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                    Sub-Total >        **3,050.00**
                                                    (Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Theadore W Myers,**                                         Case No. ___**09-26100**___
         **Cathy J Myers,**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **27 shares of H&R Block, Inc. stock** | **J** | **109.50** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **SAC Pizza, Inc. located at 12321 S. Harlem Ave., Tinley Park, IL. Chapter 7 filed on July 13, 2009, Case No. 09-25258. Corporation will be dissolved.** | **J** | **0.00** |
| | | **Double T Pizza, Inc. located at 4659 W. 147th St., Midlothian, IL. Chapter 7 was filed on July 13, 2009, Case No. 09-25257. Corporation will be dissolved.** | **J** | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **109.50**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Theadore W Myers,**                                            Case No.    __09-26100__
         **Cathy J Myers,**

_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford Explorer Mileage = 75,000** | J | 5,000.00 |
| | | **2005 Saturn Ion Mileage = 50,000** | J | 5,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                              Sub-Total >            10,500.00
                                           (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Theadore W Myers,**    Case No.    **09-26100**
      **Cathy J Myers**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **13,659.50** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Theadore W Myers,**
      **Cathy J Myers**

Case No.    **09-26100**

           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Primary residence at 16857 Oak Park Ave., Tinley Park IL.** | **735 ILCS 5/12-901** | **30,000.00** | **175,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Joint checking account** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Joint savings account** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Stock and Interests in Businesses** | | | |
| **27 shares of H&R Block, Inc. stock** | **735 ILCS 5/12-1001(b)** | **109.50** | **109.50** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Ford Explorer Mileage = 75,000** | **735 ILCS 5/12-1001(b)** | **5,000.00** | **5,000.00** |
| **2005 Saturn Ion Mileage = 50,000** | **735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b)** | **4,800.00 700.00** | **5,500.00** |

Total:    **42,659.50**      **187,659.50**

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Theodore W Myers,**
         **Cathy J Myers,**

                                                                Case No.    **09-26100**

                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br> **Domino's Pizza** | | | - | | owed by Double T Pizza, Inc. <br><br><br> Value $        0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> **Domino's Pizza LLC** <br> **24 Frank Lloyd Wright Drive** <br> **P.O. Box 485** <br> **Ann Arbor, MI 48105-9755** | | | - | | October 27, 2005 <br><br> **Statutory Lien** <br><br> **Perishable Food Items owed by SAC Pizza, Inc.** <br> Value $       10.00 | | | | 80,000.00 | 79,990.00 |
| Account No. **xxxx2912** <br><br> **Ing Direct** <br> **1 S Orange St** <br> **Wilmington, DE 19801** | | | | J | Opened  5/01/04  Last Active  6/05/09 <br><br> **First Mortgage** <br><br> **Primary residence at 16857 Oak Park Ave., Tinley Park IL.** <br> Value $    175,000.00 | | | | 128,154.00 | 0.00 |
| Account No. <br><br> **International Business Machines Cor** <br> **PO Box 643600** <br> **Pittsburgh, PA 15264-3600** | | | - | | **Purchase Money Security** <br><br> **Computers owed by SAC Pizza, Inc.** <br><br><br> Value $      1,000.00 | | | | 5,000.00 | 4,000.00 |
| __1__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 213,154.00 | 83,990.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Theadore W Myers,**                                            Case No. ___**09-26100**_____
         **Cathy J Myers**
_____,
                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | February 2, 2007 | | | | | |
| **IRH Capital, LLC** **707 Skokie Blvd** **Suite 310** **Northbrook, IL 60062** | - | | | | **Common Law Lien** **Ovens, Stainless Steel Tables, Etc. owed by SAC Pizza, Inc.** | | | | | |
| | | | | | Value $           **0.00** | | | | **34,700.00** | **34,700.00** |
| Account No. | | | | | April, 2008 | | | | | |
| **IRH Capital, LLC** **707 Skokie Blvd** **Suite 310** **Northbrook, IL 60062** | - | | | | **Purchase Money Security** **Oven, Coolers and Other Equipment owed by Double T Pizza, Inc.** | | | | | |
| | | | | | Value $       **1,000.00** | | | | **27,000.00** | **26,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to                Subtotal                **61,700.00**        **60,700.00**
Schedule of Creditors Holding Secured Claims                            (Total of this page)

                                                                         Total                **274,854.00**      **144,690.00**
                                                            (Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Theadore W Myers,**                                                    Case No. ___**09-26100**_____
          **Cathy J Myers**
                                                                              ,
                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Theadore W Myers,**
       **Cathy J Myers**
                                                              Case No. ___**09-26100**_____
                                              Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **36-4281827** <br><br> **IL Dept of Revenue** <br> **IL Quarterly Withholding Income Tax** <br> **PO Box 19447** <br> **Springfield, IL 62794-9447** | - | | | **March, 2009** <br><br> **Withholding Taxes owed by SAC Pizza, Inc. IL #4223146** | | | | **3,012.00** | **0.00** | **3,012.00** |
| Account No. **57-1210693** <br><br> **IL Dept of Revenue** <br> **IL Quarterly Withholding Income Tax** <br> **PO Box 19447** <br> **Springfield, IL 62794-9447** | - | | | **2009** <br><br> **Withholding Taxes owed by Double T Pizza, Inc.** | | | | **1,800.00** | **0.00** | **1,800.00** |
| Account No. **36-4281827** <br><br> **Ilinois Dept of Employment Security** <br> **33 South State Street** <br> **Collection/Bankruptcy Unit** <br> **Chicago, IL 60603** | - | | | **April, 2009** <br><br> **State Unemployment Owed by SAC Pizza, Inc.** | | | | **300.00** | **0.00** | **300.00** |
| Account No. <br><br> **State of IL. Dept. of Employment Se** <br> **Benefit Repayments** <br> **P.O. Box 4385** <br> **Chicago, IL 60680-4385** | - | | | **Unemployment Insurance Benefit owed by SAC Pizza, Inc.** | | | | **250.00** | **0.00** | **250.00** |
| Account No. <br><br> **State of IL. Dept. of Employment Se** <br> **Benefit Repayments** <br> **P.O. Box 4385** <br> **Chicago, IL 60680-4385** | - | | | **May, 2009** <br><br> **Unemployment Insurance Benefit owed by Double T Pizza, Inc.** | | | | **10,000.00** | **0.00** | **10,000.00** |

Sheet __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **15,362.00** | **15,362.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **15,362.00** | **15,362.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Theadore W Myers,**
       **Cathy J Myers**

Case No. ___09-26100___

_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx L 8885** **Aligimantas Gailevicius c/o Saulius V. Modestas 25 East Washington St., Ste. 1804 Chicago, IL 60602-1828** | | | | J | **October 30, 2008** **Breach of Contract Suit** | | | | **50,000.00** |
| Account No. **3-0721-0024336** **Allied Waste Services #721 PO Box 9001154 Louisville, KY 40290-1154** | | | | - | **May 20, 2009** **Waste Disposal owed by SAC Pizza, Inc.** | | | | **15.00** |
| Account No. **708 448-8515 109 9** **at&t PO BOX 8100 Aurora, IL 60507-8100** | | | | - | **May 19, 2009** **Utility Service owed by SAC Pizza, Inc.** | | | | **1,400.00** |
| Account No. **708-687-4444 796 1** **at&t PO BOX 8100 Aurora, IL 60507-8100** | | | | - | **June, 2009** **Telephone Services owed by Double T Pizza, Inc.** | | | | **912.44** |

__9__  continuation sheets attached

Subtotal
(Total of this page)     **52,327.44**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:38326-090811    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Theadore W Myers,**                                                    Case No. ___**09-26100**_____
        **Cathy J Myers**
                                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **B052109B**<br><br>**Atlas Fire & Safety, Inc.**<br>**6901 W. 112th Place**<br>**Worth, IL 60482** | - | | | **May 27, 2009**<br>**Service Provider owed by SAC Pizza, Inc.** | | | | **50.00** |
| Account No. **09-02908-0**<br><br>**Baker & Miller, PC**<br>**29 N. Wacker Dr.**<br>**5th Fl.**<br>**Chicago, IL 60606-2854** | | J | | **2009**<br>**Collection for Discover Card**<br>**6011-0056-6015-5790** | | | | **14,776.81** |
| Account No. **xxxxxxxx5816**<br><br>**Bank One/Chase**<br>**8333 Ridgepoint Dr**<br>**Irving, TX 75063** | | J | | **Opened 7/01/04  Last Active 5/18/09**<br>**CreditLineSecured** | | | | **47,576.00** |
| Account No. **xx6867**<br><br>**Bluegreen Corp**<br>**4960 Conference Way N. Ste 100**<br>**Boca Raton, FL 33431** | | J | | **Timeshare** | | | | **7,400.00** |
| Account No. **xx6867**<br><br>**Bluegreen Corp**<br>**4960 Conference Way N. Ste 100**<br>**Boca Raton, FL 33431** | | J | | **Opened 6/01/04  Last Active 6/24/09**<br>**TimeSharedLoan** | | | | **7,453.00** |

Sheet no. __**1**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**77,255.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Theadore W Myers,**                                            Case No. ___**09-26100**_____
         **Cathy J Myers**
                                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Chicago Tribune** <br> **435 N. Michigan Ave.** <br> **Tribune Finance Service Center** <br> **Chicago, IL 60611** | - | | | **April, 2009** <br> **Loan owed by SAC Pizza, Inc.** | | | | 2,000.00 |
| Account No. <br><br> **Coca Cola Enterprises** <br> **East US CFS Group** <br> **521 Lake Kathy Drive** <br> **Brandon, FL 33510** | - | | | **April, 2009** <br> **Supplier owed by SAC Pizza, Inc.** | | | | 1,000.00 |
| Account No. <br><br> **Coca Cola Enterprises** <br> **East US CFS Group** <br> **521 Lake Kathy Drive** <br> **Brandon, FL 33510** | - | | | **Service Provider owed by Double T Pizza, Inc.** | | | | 1,000.00 |
| Account No. **533040705** <br><br> **Col\Debt Collection Systems** <br> **8 S. Michigan Ave. #618** <br> **Chicago, IL 60603** | J | | | **Collection account** | | | | 991.43 |
| Account No. **2112784024** <br><br> **ComEd** <br> **Customer Care Center** <br> **P.O. Box 805379** <br> **Chicago, IL 60680-5379** | - | | | **June, 2009** <br> **Utlity Service owed by SAC Pizza, Inc.** | | | | 1,038.00 |

Sheet no. __**2**___ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,029.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Theadore W Myers,**                                            Case No. ___**09-26100**___
     **Cathy J Myers**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Utility Bill owed by Double T Pizza, Inc. | | | | |
| ComEd Customer Care Center P.O. Box 805379 Chicago, IL 60680-5379 | | | | | | | | 2,000.00 |
| Account No. **SACIN-1** | | - | | September 2, 2008 Business Insurance owed by SAC Pizza, Inc. | | | | |
| Conklin Insurance Agency, Inc. 240 S. Westmore/Myers Road Lombard, IL 60148 | | | | | | | | 200.00 |
| Account No. **xxx1539** | | H | | Opened 10/01/08 CollectionAttorney Assoc. St. James Radiologists | | | | |
| Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | | | | 131.00 |
| Account No. **xx Mx x1098** | | J | | 2009 Lawsuit | | | | |
| Darlene S. Wigboldy c/o Dennis L. Stachowiak 144 Augusta Drive Palos Heights, IL 60463 | | | | | | | | 8,400.00 |
| Account No. **xxx-xxxxxx6-000** | | J | | Loan | | | | |
| Direct Capital Corp. 155 Commerce Way Portsmouth, NH 03801 | | | | | | | | 1,731.96 |

Sheet no. _**3**___ of _**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,462.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Theadore W Myers,**
         **Cathy J Myers**
                                                                        Case No. ___**09-26100**_____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx6015 <br><br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | J | **Opened 12/01/91  Last Active  8/01/08** <br> **CreditCard** | | | | 14,426.00 |
| Account No. <br><br> **DMC** <br> **4455 W. 147th Street** <br> **Midlothian, IL 60445** | | - | **Security Services owed by SAC Pizza, Inc.** | | | | 2,000.00 |
| Account No. <br><br> **DMC** <br> **4455 W. 147th Street** <br> **Midlothian, IL 60445** | | - | **Security Service owed by Double T Pizza, Inc.** | | | | 500.00 |
| Account No. 6014 <br><br> **Domino's Pizza Distribution, LLC** <br> **P.O. Box 77000** <br> **Detroit, MI 48277-1232** | | - | **June, 2009** <br> **Franchise Agreement owed by SAC Pizza, Inc.** | | | | 18,000.00 |
| Account No. TB0008944 <br><br> **Domino's Pizza Distribution, LLC** <br> **P.O. Box 77000** <br> **Detroit, MI 48277-1232** | | - | **January, 2009** <br> **Inventory owed by Double T Pizza, Inc.** | | | | 350.00 |

Sheet no. __**4**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,276.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Theadore W Myers,**
      **Cathy J Myers**　　　　　　　　　　　　　　　　　　　　Case No. _____**09-26100**_____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. TB00115965<br><br>**Domino's Pizza LLC**<br>**24 Frank Lloyd Wright Drive**<br>**P.O. Box 485**<br>**Ann Arbor, MI 48105-9755** | - | | **December 9, 2008**<br>**Franchise Agreement owed by SAC Pizza, Inc.** | | | | 80,000.00 |
| Account No. xxxxxxxx3983<br><br>**GE Mongram Bank / JC Penney Dc**<br>**Attn: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA 30076** | | J | **Opened  9/01/04  Last Active  6/12/09**<br>**CreditCard** | | | | 431.00 |
| Account No. xxxx2519<br><br>**Harris & Harris Ltd**<br>**600 W Jackson**<br>**Chicago, IL 60661** | | J | **Opened  4/01/09**<br>**CollectionAttorney St. James Hosp   Hlth Centers** | | | | 20,723.00 |
| Account No. xxxx3835<br><br>**Harris & Harris Ltd**<br>**600 W Jackson**<br>**Chicago, IL 60661** | | J | **Opened  3/01/09**<br>**CollectionAttorney St. James Hosp   Hlth Centers** | | | | 633.00 |
| Account No. 0508078173<br><br>**Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | J | **2009**<br>**Collection for St. James Hospital** | | | | 633.28 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                 (Total of this page)　　　**102,420.28**

B6F (Official Form 6F) (12/07) - Cont.

In re **Theadore W Myers,**
    **Cathy J Myers**

Case No. _____**09-26100**_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0508077842<br><br>**Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plaza**<br>**Suite 1900**<br>**Chicago, IL 60654** | | J | **2009**<br>**Collection for St. James Hospital** | | | | 20,722.74 |
| Account No.<br><br>**Hill Creek Shopping Center**<br>**8609 West Street**<br>**Hickory Hills, IL 60457** | | - | **May 1, 1992**<br>**Lease Agreement for space loacted at 8609 West 95th Street, Hickory Hills, IL owed by SAC Pizza, Inc.** | | | | 89,000.00 |
| Account No. 11328460<br><br>**ICS Collection Service**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | J | **2009**<br>**Collection for Midwest Neoped Associates for Holly Meyers: 219879** | | | | 478.00 |
| Account No. WC 12221<br><br>**Illinois Casualty Company**<br>**PO Box 4208**<br>**Rock Island, IL 61204-4208** | | - | **Business Worker's Compensation owed by SAC Pizza, Inc.** | | | | 993.01 |
| Account No. xxx1212<br><br>**Illinois Collection Se**<br>**8231 W. 185th St. Ste. 100**<br>**Tinley Park, IL 60487** | | J | **Opened  7/01/06**<br>**CollectionAttorney Advocate Medical Group** | | | | 2,532.00 |

Sheet no. __**6**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

113,725.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Theadore W Myers,__                                                    Case No. ___09-26100___
  __Cathy J Myers__
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx8460<br><br>Illinois Collection Se<br>8231 W. 185th St. Ste. 100<br>Tinley Park, IL 60487 | | | J | | Opened  5/01/09<br>CollectionAttorney Midwest Neoped<br>Associates  Ltd | | | | 478.00 |
| Account No. 7808226<br><br>International Business Machines Cor<br>PO Box 643600<br>Pittsburgh, PA 15264-3600 | | - | | | April, 2008<br>Service Agreement owed by SAC Pizza, Inc. | | | | 3,700.00 |
| Account No. 2628547<br><br>International Business Machines Cor<br>PO Box 643600<br>Pittsburgh, PA 15264-3600 | | - | | | January, 2008<br>Software and Software Services owed by Double T Pizza, Inc. | | | | 160.00 |
| Account No.<br><br>M & S Partners<br>13651 S. Cicero<br>Midlothian, IL 60445 | | - | | | May, 2002<br>Lease Agreement for store located at 4659-61 West 147th Street, Midlothian, IL owed by Double T Pizza, Inc. | | | | 4,500.00 |
| Account No.<br><br>Nicor<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | | - | | | Utility Service owed by SAC Pizza, Inc. | | | | 600.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    9,438.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Theadore W Myers,**                                    Case No. ___**09-26100**___
       **Cathy J Myers**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **38-18-06-6747** <br><br> **Nicor** <br> **P.O. Box 0632** <br> **Aurora, IL 60507-0632** | - | | May, 2009 <br> **Utility Service owed by Double T Pizza, Inc.** | | | | 101.50 |
| Account No. **5490-3559-9967-8588** <br><br> **Northstar Location Services, LLC** <br> **4285 Genesee St.** <br> **Cheektowaga, NY 14225-1943** | J | | 2009 <br> **Collection for Bank of America** | | | | 15,797.56 |
| Account No. <br><br> **RDT Investments** <br> **12319 S. Harlem Avenue** <br> **Palos Heights, IL 60463** | - | | June 8, 2009 <br> **Lease Agreement owed by SAC Pizza, Inc.** | | | | 8,400.00 |
| Account No. 550703 <br><br> **Rush Univ. Med. Center** <br> **1700 West Van Buren St.** <br> **Suite 161 TOB** <br> **Chicago, IL 60612-3244** | J | | 2008 <br> **Medical bill** | | | | 2,028.96 |
| Account No. xxxxxxx1008 <br><br> **Sage Telecom** <br> **P.O. Box 79051** <br> **Phoenix, AZ 85062-9051** | J | | October, 2008 <br> **Utility Bill** | | | | 95.21 |

Sheet no. __**8**___ of __**9**___ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)      26,423.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Theadore W Myers,**  Case No. **09-26100**
     **Cathy J Myers**

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4464**<br><br>**SBC Yellow Pages**<br>**R.H. Donnelley**<br>**P.O. Box 807008**<br>**Kansas City, MO 64180-7008** | | J | **May 27, 2005**<br>**Utility Servie** | | | | **500.00** |
| Account No.<br><br>**Terminix**<br>**Chicago, IL 60617** | | - | **Service Provider owed by Double T Pizza, Inc.** | | | | **75.00** |
| Account No. **47549**<br><br>**Valpak of Chicago South/NWI**<br>**5101 West 159th Street**<br>**Oak Forest, IL 60452** | | - | **February 7, 2008**<br>**Advertising owed by SAC Pizza, Inc.** | | | | **1,155.00** |
| Account No. **0050237000**<br><br>**Village of Midlothian**<br>**14801 S. Pulaski Road**<br>**Midlothian, IL 60445** | | - | **April 27, 2009**<br>**Utility Bill owed by Double T Pizza, Inc.** | | | | **87.88** |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,817.88**

Total
(Report on Summary of Schedules)     **437,176.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re     **Theadore W Myers,**                             Case No.    **09-26100**
             **Cathy J Myers**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Theodore W Myers,**                                                    Case No.    **09-26100**
         **Cathy J Myers**

_____
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Theadore W Myers**
       **Cathy J Myers**                                              Case No.    **09-26100**
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **Daughter**  **Son**  **Son**  **Daughter** | AGE(S):  **1**  **12**  **14**  **3** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Self employed** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b.  Insurance | $ | **0.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of  dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance  (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income  (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **0.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **0.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re    **Theadore W Myers**
      **Cathy J Myers**                                Case No.   **09-26100**
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
|     a. Are real estate taxes included?      Yes ___      No **X** | | |
|     b. Is property insurance included?      Yes ___      No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 225.00 |
|               b. Water and sewer | $ | 30.00 |
|               c. Telephone | $ | 0.00 |
|               d. Other   **Cable/Internet/Phone** | $ | 181.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 42.00 |
|               b. Life | $ | 230.00 |
|               c. Health | $ | 435.00 |
|               d. Auto | $ | 133.00 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)   **Real estate taxes** | $ | 333.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 0.00 |
|               b. Other | $ | 0.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 608.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,587.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.    Average monthly expenses from Line 18 above | $ | 4,587.00 |
| c.    Monthly net income (a. minus b.) | $ | -4,587.00 |

B6J (Official Form 6J) (12/07)

In re   **Theadore W Myers**
        **Cathy J Myers**                                              Case No.   **09-26100**
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | |
|---|---|
| Personal Grooming | $ 80.00 |
| Car maintenance | $ 60.00 |
| School supplies/activities | $ 168.00 |
| Child care | $ 300.00 |
| **Total Other Expenditures** | $ 608.00 |