# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| MYERS, THEADORE W | § | Case No. 09-26100 |
| MYERS, CATHY J | § § § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GUS A. PALOIAN, TRUSTEE_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-26100 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MYERS, THEADORE W | | | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | MYERS, CATHY J | | | 341(a) Meeting Date: | 08/31/09 |
| For Period Ending: | 09/26/11 | | | Claims Bar Date: | 02/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary residence at 16857 Oak Park Ave., Tinley P | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Joint checking account | 1,000.00 | 1,000.00 | | 0.00 | FA |
| Payment to Debtors on account of the claimed exemption in the proceeds of stock sale is net of the monies owed to the Estate on account of the cash in the joint checking account | | | | | |
| 3. Joint savings account | 300.00 | 300.00 | | 0.00 | FA |
| Payment to Debtors on account of the claimed exemption in the proceeds of stock sale is net of the monies owed to the Estate on account of the cash in the joint savings account | | | | | |
| 4. Furniture | 750.00 | 0.00 | DA | 0.00 | FA |
| 5. Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. SAC Pizza, Inc. located at 12321 S. Harlem Ave., T | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Double T Pizza, Inc. located at 4659 W. 147th St., | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 2002 Ford Explorer Mileage = 75,000 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| value verified by car max appraisal | | | | | |
| 11. 2005 Saturn Ion Mileage = 50,000 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| value verified by car max appraisal | | | | | |
| 12. Stock--Bank Mutual Corp. | 0.00 | 897.59 | | 897.59 | FA |
| 13. Stock--H&R Block | 0.00 | 7,876.08 | | 12,176.08 | FA |
| Debtors claimed $5,300 exemption in the proceeds of the stock; Debtors did not turnover the cash in the joint savings account ($300) nor the joint checking account ($1,000); per agreement between Trustee and the Debtors, payment to Debtors on account of the claimed exemption in the stock will be net of the monies that were not turned over to the Estate (i.e. $5,300-$1,300=$4,000 exempt) | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 09-26100 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MYERS, THEADORE W | | | | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | MYERS, CATHY J | | | | 341(a) Meeting Date: | 08/31/09 |
| | | | | | Claims Bar Date: | 02/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.45 | Unknown |
| TOTALS (Excluding Unknown Values) | $185,550.00 | $10,073.67 | | $13,076.12 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated Debtors' stock.  Tax returns were prepared.

Initial Projected Date of Final Report (TFR): 06/30/10　　Current Projected Date of Final Report (TFR): 05/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-26100 -PSH | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MYERS, THEADORE W | | Bank Name: | BANK OF AMERICA, N.A. |
| | MYERS, CATHY J | | Account Number / CD #: | *******4316  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0829 | | | |
| For Period Ending: | 09/26/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/20/10 | | National Financial Services, LLC<br>200 Liberty St.<br>One World Financial Center<br>New York, NY 10281 | SALE OF PERSONAL PROPERTY | | 12,988.44 | | 12,988.44 |
| | 12 | NATIONAL FINANCIAL SERVICES, LLC | Memo Amount:       897.59<br>Sale of Bank Mutual Corp | 1129-000 | | | |
| | 13 | NATIONAL FINANCIAL SERVICES, LLC | Memo Amount:    12,176.08<br>Sale of H&R Block | 1129-000 | | | |
| | | NATIONAL FINANCIAL SERVICES, LLC | Memo Amount:  (      85.23 )<br>Commissions/Activity Assessment Fee | 2990-000 | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 12,988.51 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,988.83 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,989.16 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,989.48 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,989.81 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,990.14 |
| 02/25/11 | 000201 | International Securities, LTD | TRUSTEE BOND | 2300-000 | | 12.08 | 12,978.06 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,978.16 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,978.27 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,978.37 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,978.48 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,978.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,978.69 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 12,978.81 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 09-26100 -PSH | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|
| Case Name: | MYERS, THEADORE W | Bank Name: | BANK OF AMERICA, N.A. |
| | MYERS, CATHY J | Account Number / CD #: | *******4316 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0829 | | |
| For Period Ending: | 09/26/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |
|---|---|
| Memo Allocation Receipts: | 13,073.67 |
| Memo Allocation Disbursements: | 85.23 |
| Memo Allocation Net: | 12,988.44 |

| Account *******4316 | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 Deposits | 12,988.44 | 1 Checks | 12.08 |
| 13 Interest Postings | 2.45 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 12,990.89 | | |
| | | Total | $ 12.08 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 12,990.89 | | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-26100 | | Page 1 | | Date: September 26, 2011 |
| Debtor Name: | MYERS, THEADORE W | | Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>8100-00 | Theadore & Cathy Myers | Administrative | Pursuant to the agreement between the Trustee and the Debtors, this amount represents the net amount due for the claimed exemption in stock proceeds ($5300) less monies not turned over to estate for checking account ($1000) and savings account ($300) | $0.00 | $4,000.00 | $4,000.00 |
| | Subtotal for Priority 001 | | | $0.00 | $4,000.00 | $4,000.00 |
| 002<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DR., SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $900.00 | $900.00 |
| 002<br>2100-00 | Gus A. Paloian, Trustee<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $1,657.61 | $1,657.61 |
| 002<br>3110-00 | SEYFARTH SHAW | Administrative | | $0.00 | $5,086.00 | $5,086.00 |
| 002<br>3120-00 | SEYFARTH SHAW | Administrative | | $0.00 | $407.67 | $407.67 |
| | Subtotal for Priority 002 | | | $0.00 | $8,051.28 | $8,051.28 |
| 000004A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $1,800.00 | $13,434.26 | $13,434.26 |
| | Subtotal for Priority 058 | | | $1,800.00 | $13,434.26 | $13,434.26 |
| 000001<br>070<br>7100-00 | Yellow Book USA (MPM)<br>c/o RMS Bankruptcy Recovery Services<br>P O Box 5126<br>Timonium, MD 21094 | Unsecured | | $500.00 | $1,955.00 | $1,955.00 |
| 000002<br>070<br>7100-00 | Algimantas Gailevicius<br>c/o Law Offices of<br>Saulius V. Modestas<br>25 E. Washington St., Ste. 1804<br>Chicago, IL 60602-1828 | Unsecured | breach of fiduciary duty complaint | $50,000.00 | $50,000.00 | $50,000.00 |
| | Subtotal for Priority 070 | | | $50,500.00 | $51,955.00 | $51,955.00 |
| 000003<br>080<br>7200-00 | Valpak of Chicago South/NWI<br>5101 West 159th Street<br>Oak Forest, IL 60452 | Unsecured | | $1,155.00 | $2,065.00 | $2,065.00 |
| 000004B<br>080<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $5,422.29 | $5,422.29 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-26100 | | Page 2 | | | Date: September 26, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | MYERS, THEADORE W | | Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Subtotal for Priority 080 | | | $1,155.00 | $7,487.29 | $7,487.29 |
| BOND 999 2300-00 | International Securities, LTD | Administrative | | $0.00 | $12.08 | $12.08 |
| | | | 3758784316  02/25/11  201 | | 12.08 | |
| | Subtotal for Priority 999 | | | $0.00 | $12.08 | $12.08 |
| | Case Totals: | | | $53,455.00 | $84,939.91 | $84,939.91 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26100
Case Name: MYERS, THEADORE W
                  MYERS, CATHY J
Trustee Name: GUS A. PALOIAN, TRUSTEE

      Balance on hand                                                                                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: SEYFARTH SHAW | $ | $ | $ |
| Attorney for Trustee Expenses: SEYFARTH SHAW | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Other: International Securities, LTD | $ | $ | $ |
| Exemption:Theadore & Cathy Myers | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses       $_____

      Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors       $_____

Remaining Balance       $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book USA (MPM) | $ | $ | $ |
| 000002 | Algimantas Gailevicius | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Valpak of Chicago South/NWI | $ | $ | $ |
| 000004B | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance                                         $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE