

**Invoice No. 24968**

POPOWCER KATTEN, LTD.
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Theadore & Cathy Myers  (09 B 26100)
- Seyfarth Shaw LLP
- c/o Gus A. Paloian, Trustee
- 131 S. Dearborn Street, Suite 2400
- Chicago, IL 60603

**Date:** July 31, 2011              **Account No.:** PAL1022L

For Professional Services Rendered:

For accounting and tax services rendered for the period June 28, 2011 through June 29, 2011 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2010 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue to request and expedited audit in accordance with code section 505 (b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|          | Title                 | Hours | Rate   | Amount    |
|----------|-----------------------|-------|--------|-----------|
| L. West  | Bankruptcy Specialist | 4.0   | $225.  | $ 900.00  |
|          | Total :               | 4.0   |        | $ 900.00  |

ESTATE OF THEADORE & CATHY MYERS (09 B 26100)

Time Sort By Date

| Date | Description | Hours | Name | Rate | Amount |
|---|---|---|---|---|---|
| 6/28/2011 | Tax Return Preparation - Review documents received from trustee - statements from broker re: sale of securities and cost basis information on securities sold. | 0.5 | L. West | $225 | 112.50 |
| 6/28/2011 | Tax Return Preparation - Prepare workpapers and federal and state fiduciary income tax returns for the final year ended 12/31/10. Calculate loss on securities sold. Prepare transmittal letters, 505(b) letters and forms 8821 and iL-2848. Make manual changes ad required. | 3.3 | L. West | $225 | 742.50 |
| 6/29/2011 | Tax Review - Final review - check assembly and sign federal and state fiduciary returns for the final year ended 12/31/10 (forms 1041 / 1040 and IL-1041 / IL-1040.. | 0.2 | L. West | $225 | 45.00 |
| | Total hours | 4.0 | | | 900.00 |

1