UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MYERS, THEADORE W § Case No. 09-26100 PSH
MYERS, CATHY J §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        UNITED STATE BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60604

    Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee. A hearing on the fee applications and any objection to the Final Report will be held at: 10:30 A.M. ON THURSDAY, DECEMBER 15, 2011

        United States Bankruptcy Court
        COURTROOM 682
        219 S. Dearborn Street
        Chicago, IL 60604

Date Mailed: _____      By: Kenneth S. Gardner
                                                      Clerk of the Court

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MYERS, THEADORE W § Case No. 09-26100 PSH
MYERS, CATHY J §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,076.23 |
| and approved disbursements of | $ | 97.31 |
| leaving a balance on hand of[1] | $ | 12,978.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment | |
|---|---:|---:|---:|---|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ 1,657.61 | $ 0.00 | $ 1,657.61 | |
| Attorney for Trustee Fees: SEYFARTH SHAW | $ 5,086.00 | $ 0.00 | $ 5,086.00 | |
| Attorney for Trustee Expenses: SEYFARTH SHAW | $ 407.67 | $ 0.00 | $ 407.67 | |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 900.00 | $ 0.00 | $ 900.00 | |
| Other: International Securities, LTD | $ 12.08 | $ 12.08 | $ 0.00 | |
| Other: Theadore & Cathy Myers | $ 4,000.00 | $ 0.00 | $ 4,000.00 | * |
| Total to be paid for chapter 7 administrative expenses | | | $ 12,051.28 | |
| Remaining Balance | | | $ 927.64 | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

* Payment is being made to Debtors on account of their claimed and allowed personal property exemption in the proceeds of the sale of the stock sold by the Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,434.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Illinois Department of Revenue | $ 13,434.26 | $ 0.00 | $ 927.64 |
| | Total to be paid to priority creditors | | | $ 927.64 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,955.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book USA (MPM) | $ 1,955.00 | $ 0.00 | $ 0.00 |
| 000002 | Algimantas Gailevicius | $ 50,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,487.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Valpak of Chicago South/NWI | $ 2,065.00 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Department of Revenue | $ 5,422.29 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance                                              $          0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 09-26100-PSH
Theadore W Myers                                                Chapter 7
Cathy J Myers
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: acox              Page 1 of 2                 Date Rcvd: Nov 10, 2011
                              Form ID: pdf006         Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2011.
```
db/jdb       +Theadore W Myers,    Cathy J Myers,    16857 Oak Park Ave.,    Tinley Park, IL 60477-2717
aty          +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
15139961      Algimantas Gailevicius,    c/o Law Offices of,    Saulius V. Modestas,
               25 E. Washington St., Ste. 1804,    Chicago, IL 60602-1828
14180056      Allied Waste Services #721,    PO Box 9001154,    Louisville, KY 40290-1154
14180058     +Atlas Fire & Safety, Inc.,    6901 W. 112th Place,    Worth, IL 60482-2021
14180059      Baker & Miller, PC,    29 N. Wacker Dr.,    5th Fl.,    Chicago, IL 60606-2854
14180061     +Coca Cola Enterprises,    East US CFS Group,    521 Lake Kathy Drive,    Brandon, FL 33510-3945
14180062     +Col/Debt Collection Systems,    8 S. Michigan Ave. #618,    Chicago, IL 60603-3469
14180064     +Conklin Insurance Agency, Inc.,    240 S. Westmore/Myers Road,    Lombard, IL 60148-3041
14180065     +DMC,   4455 W. 147th Street,    Midlothian, IL 60445-2643
14180067      Domino's Pizza Distribution, LLC,    P.O. Box 77000,    Detroit, MI 48277-1232
14180068     +Domino's Pizza LLC,    24 Frank Lloyd Wright Drive,    P.O. Box 485,    Ann Arbor, MI 48106-0485
14180069     +Harris & Harris, Ltd.,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
14180070      Hill Creek Shopping Center,    8609 West Street,    Hickory Hills, IL 60457
14180071      ICS Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
14180074     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Post Office Box 21126,
               Philadelphia, PA 19114-0326)
14180072     +Ilinois Department of Employment Se,    33 South State Street,    Chicago, IL 60603-2808
14180073      Illinois Casualty Company,    PO Box 4208,    Rock Island, IL 61204-4208
17065179      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14180075      International Business Machines Cor,    PO Box 643600,    Pittsburgh, PA 15264-3600
14180077     +M & S Partners,    13651 S. Cicero,    Midlothian, IL 60445-1936
14180079      Northstar Location Services, LLC,    4285 Genesee St.,    Cheektowaga, NY 14225-1943
14180080     +RDT Investments,    12319 S. Harlem Avenue,    Palos Heights, IL 60463-1432
14180081     +Rush Univ. Med. Center,    1700 West Van Buren St.,    Suite 161 TOB,    Chicago, IL 60612-5500
14180082      State of IL. Dept. of Employment Se,    Benefit Repayments,    P.O. Box 4385,
               Chicago, IL 60680-4385
14180083      Terminix,   Chicago, IL 60617
14180084     +Valpak of Chicago South/NWI,    5101 West 159th Street,    Oak Forest, IL 60452-3432
14180085     +Village of Midlothian,    14801 S. Pulaski Road,    Midlothian, IL 60445-3499
14343261     +Yellow Book USA (MPM),    c/o RMS Bankruptcy Recovery Services,    P O Box 5126,
               Timonium, MD 21094-5126
14180057      at&t,   PO BOX 8100,    Aurora, IL 60507-8100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14180063     +E-mail/Text: legalcollections@comed.com Nov 10 2011 20:06:53      ComEd,   Customer Care Center,
               P.O. Box 805379,    Chicago, IL 60680-4179
14180078      E-mail/Text: bankrup@nicor.com Nov 10 2011 20:05:38     Nicor,    P.O. Box 0632,
               Aurora, IL 60507-0632
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14180066        Domino's Pizza
14180060     ##+Chicago Tribune,    P O Box 6490,    Chicago, IL 60680-6490
14180076     ##+IRH Capital, LLC,    707 Skokie Blvd,    Suite 310,    Northbrook, IL 60062-2838
                                                                                  TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: acox                Page 2 of 2           Date Rcvd: Nov 10, 2011
                              Form ID: pdf006          Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**                    **Signature:**    _Joseph Speetjens_