**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-26100-PSH |
| | § | |
| THEADORE W MYERS | § | |
| CATHY J MYERS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $146,750.00 | Assets Exempt: | $42,800.00 |
| *(without deducting any secured claims)* | | | |
| | | | |
| Total Distributions to Claimants: | $1,315.85 | Claims Discharged Without Payment: | $71,560.70 |
| Total Expenses of Administration: | $7,760.59 | | |

3)   Total gross receipts of $13,076.44  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,000.00 (see **Exhibit 2**)**,** yielded net receipts of $9,076.44 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $7,760.59 | $7,760.59 | $7,760.59 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $13,434.26 | $13,434.26 | $1,315.85 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $59,442.29 | $59,442.29 | $0.00 |
| **Total Disbursements** | NA | $80,637.14 | $80,637.14 | $9,076.44 |

4). This case was originally filed under chapter 7 on 07/20/2009. The case was pending for 42 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2013     By:  /s/ Gus A. Paloian
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Stock--Bank Mutual Corp. | 1129-000 | $897.59 |
| Stock--H&R Block | 1129-000 | $12,176.08 |
| Interest Asset | 1270-000 | $2.77 |
| **TOTAL GROSS RECEIPTS** | | **$13,076.44** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| THEADORE & CATHY MYERS | Exemptions | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $1,657.61 | $1,657.61 | $1,657.61 |
| INTERNATIONAL SECURITIES, LTD | 2300-000 | NA | $12.08 | $12.08 | $12.08 |
| ASSOCIATED BANK | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| NATIONAL FINANCIAL SERVICES, LLC-Commission/Activity Assessment Fee | 2990-000 | NA | $85.23 | $85.23 | $85.23 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $5,105.67 | $5,105.67 | $5,105.67 |
| POPOWCER KATTEN, Accountant for Trustee | 3410-000 | NA | $900.00 | $900.00 | $900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,760.59 | $7,760.59 | $7,760.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | $13,434.26 | $13,434.26 | $0.00 |
|  | ILLINOIS DEPT. OF REVENUE | 5800-000 | $0.00 | $1,315.85 | $1,315.85 | $1,315.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** |  |  | $0.00 | $14,750.11 | $14,750.11 | $1,315.85 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | YELLOW BOOK USA (MPM) | 7100-000 | NA | $1,955.00 | $1,955.00 | $0.00 |
| 2 | ALGIMANTAS GAILEVICIUS | 7100-000 | NA | $50,000.00 | $50,000.00 | $0.00 |
| 3 | VALPAK OF CHICAGO SOUTH/NWI | 7200-000 | NA | $2,065.00 | $2,065.00 | $0.00 |
| 4B | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | NA | $5,422.29 | $5,422.29 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $0.00 | $59,442.29 | $59,442.29 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 09-26100-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MYERS, THEADORE W AND MYERS, CATHY J | Date Filed (f) or Converted (c): | 07/20/2009 (f) |
| For the Period Ending: | 1/17/2013 | §341(a) Meeting Date: | 08/31/2009 |
| | | Claims Bar Date: | 02/22/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Primary residence at 16857 Oak Park Ave., Tinley P | $175,000.00 | $0.00 | | $0.00 | FA |
| 2 | Joint checking account | $1,000.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Payment to Debtors on account of the claimed exemption in the proceeds of stock sale is net of the monies owed to the Estate on account of the cash in the joint checking account | | | | | |
| 3 | Joint savings account | $300.00 | $300.00 | | $0.00 | FA |
| Asset Notes: | Payment to Debtors on account of the claimed exemption in the proceeds of stock sale is net of the monies owed to the Estate on account of the cash in the joint savings account | | | | | |
| 4 | Furniture | $750.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Life insurance | $0.00 | $0.00 | | $0.00 | FA |
| 7 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 8 | SAC Pizza, Inc. located at 12321 S. Harlem Ave., T | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Double T Pizza, Inc. located at 4659 W. 147th St., | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2002 Ford Explorer Mileage = 75,000 | $3,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | value verified by car max appraisal | | | | | |
| 11 | 2005 Saturn Ion Mileage = 50,000 | $4,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | value verified by car max appraisal | | | | | |
| 12 | Stock--Bank Mutual Corp. | $0.00 | $897.59 | | $897.59 | FA |
| 13 | Stock--H&R Block | $0.00 | $6,876.08 | | $12,176.08 | FA |
| Asset Notes: | Debtors claimed $5,300 exemption in the proceeds of the stock; Debtors did not turnover the cash in the joint savings account ($300) nor the joint checking account ($1,000); per agreement between Trustee and the Debtors, payment to Debtors on account of the claimed exemption in the stock will be net of the monies that were not turned over to the Estate (i.e. $5,300-$1,300=$4,000 exempt) | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $2.77 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$185,550.00     $9,073.67     $13,076.44     $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 09-26100-PSH | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|
| **Case Name:** | MYERS, THEADORE W AND MYERS, CATHY J | **Date Filed (f) or Converted (c):** | 07/20/2009 (f) |
| **For the Period Ending:** | 1/17/2013 | **§341(a) Meeting Date:** | 08/31/2009 |
| | | **Claims Bar Date:** | 02/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
Trustee's Final Report was filed on 11/10/11. Distribution was made December 19, 2012. Waiting for zero bank balance to accompany Final Account.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2010 | **Current Projected Date Of Final Report (TFR):** 05/31/2011 | /s/ GUS A. PALOIAN | |
| | | GUS A. PALOIAN | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-26100-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MYERS, THEADORE W AND MYERS, CATHY J | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******0829 | Checking Acct #: | ******1666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Assoc. Bank Checking Account |
| For Period Beginning: | 7/20/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $12,979.03 | | $12,979.03 |
| 11/30/2011 | | ASSOCIATED BANK | Wire In fee | 2990-000 | | $15.00 | $12,964.03 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $12,979.03 |
| 12/15/2011 | 1001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | 3110-000 | | $5,105.67 | $7,873.36 |
| 12/19/2011 | | ASSOCIATED BANK | To Balance Account | 9999-000 | $0.10 | | $7,873.46 |
| 12/19/2011 | 1002 | THEADORE & CATHY MYERS | DEBTOR'S EXEMPTION | 8100-002 | | $4,000.00 | $3,873.46 |
| 12/19/2011 | 1003 | POPOWCER KATTEN | Accountant fees | 3410-000 | | $900.00 | $2,973.46 |
| 12/19/2011 | 1004 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION | 2100-000 | | $1,657.61 | $1,315.85 |
| 12/19/2011 | 1005 | ILLINOIS DEPT. OF REVENUE | Final Distribution | 5800-000 | | $1,315.85 | $0.00 |
| 01/17/2012 | | ASSOCIATED BANK | Service Fee | 2990-000 | | $35.00 | ($35.00) |
| 01/24/2012 | | ASSOCIATED BANK | Overdraft fee | 2990-000 | | $7.00 | ($42.00) |
| 01/25/2012 | | ASSOCIATED BANK | Reverse service and OD fees | 2990-000 | | ($42.00) | $0.00 |
| | | | **TOTALS:** | | $12,979.13 | $12,979.13 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $12,979.13 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $12,979.13 | |
| | | | **Less: Payments to debtors** | | $0.00 | $4,000.00 | |
| | | | **Net** | | $0.00 | $8,979.13 | |

| For the period of 7/20/2009 to 1/17/2013 | | For the entire history of the account between 01/18/2012 to 1/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $12,979.13 | Total Internal/Transfer Receipts: | $12,979.13 |
| | | | |
| Total Compensable Disbursements: | $8,979.13 | Total Compensable Disbursements: | $8,979.13 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $12,979.13 | Total Comp/Non Comp Disbursements: | $12,979.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-26100-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MYERS, THEADORE W AND MYERS, CATHY J | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******0829 | Money Market Acct #: | ******4316 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 7/20/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2010 | | NATIONAL FINANCIAL SERVICES, LLC | SALE OF PERSONAL PROPERTY | * | $12,988.44 | | $12,988.44 |
| | | | NATIONAL FINANCIAL SERVICES, LLC-Commission/Activity Assessment Fee $(85.23) | 2990-000 | | | $12,988.44 |
| | {12} | | Sale of Bank Mutual Corp $897.59 | 1129-000 | | | $12,988.44 |
| | {13} | | Sale of H&R Block $12,176.08 | 1129-000 | | | $12,988.44 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.07 | | $12,988.51 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,988.83 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.33 | | $12,989.16 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,989.48 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.33 | | $12,989.81 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.33 | | $12,990.14 |
| 02/25/2011 | 201 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $12.08 | $12,978.06 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.10 | | $12,978.16 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $12,978.27 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.10 | | $12,978.37 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $12,978.48 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $12,978.59 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.10 | | $12,978.69 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.12 | | $12,978.81 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $12,978.92 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.11 | | $12,979.03 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.10 | | $12,979.13 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $12,979.03 | $0.10 |
| 01/09/2012 | | BANK OF AMERICA, N.A. | Reverse balance not transfered | 9999-000 | | $0.10 | $0.00 |

| | | | | **SUBTOTALS** | $12,991.21 | $12,991.21 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 09-26100-PSH |
| Case Name: | MYERS, THEADORE W AND MYERS, CATHY J |
| Primary Taxpayer ID #: | ******0829 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/20/2009 |
| For Period Ending: | 1/17/2013 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Money Market Acct #: | ******4316 |
| Account Title: | Money Market Account (Interest Earn |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $12,991.21 | $12,991.21 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $12,979.13 | |
| | **Subtotal** | $12,991.21 | $12.08 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $12,991.21 | $12.08 | |

| For the period of 7/20/2009 to 1/17/2013 | | For the entire history of the account between 12/01/2009 to 1/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,076.44 | Total Compensable Receipts: | $13,076.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,076.44 | Total Comp/Non Comp Receipts: | $13,076.44 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $97.31 | Total Compensable Disbursements: | $97.31 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $97.31 | Total Comp/Non Comp Disbursements: | $97.31 |
| Total Internal/Transfer Disbursements: | $12,979.13 | Total Internal/Transfer Disbursements: | $12,979.13 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-26100-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | MYERS, THEADORE W AND MYERS, CATHY J | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******0829 | Money Market Acct #: | ******4316 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 7/20/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $12,991.21 | $12,991.21 | $0.00 |

**For the period of 7/20/2009 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,076.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,076.44 |
| Total Internal/Transfer Receipts: | $12,979.13 |
| | |
| Total Compensable Disbursements: | $9,076.44 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $13,076.44 |
| Total Internal/Transfer Disbursements: | $12,979.13 |

**For the entire history of the case between 07/20/2009 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $13,076.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,076.44 |
| Total Internal/Transfer Receipts: | $12,979.13 |
| | |
| Total Compensable Disbursements: | $9,076.44 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $13,076.44 |
| Total Internal/Transfer Disbursements: | $12,979.13 |